UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**Universal Communications, et al.**</u>           CIVIL
                    **Plaintiff**

                                              CASE NO. <u>05-10435-REK</u>

            V.

<u>**Lycos, Inc., et al.**</u>
                    **Defendant**

## NOTICE OF HEARING

<u>**Keeton, S.D.J.**</u>

PLEASE TAKE NOTICE that the above-entitled case has been set for <u>        </u>

<u>A status conference for Tuesday, July 26, 2005</u> at <u>   2:00   </u> P.M.

before Judge <u>   Keeton   </u> in Courtroom # <u>   3   </u> on the <u>   3rd   </u> floor.

                                              SARAH A. THORNTON,
                                              CLERK OF COURT

<u>   6/23/05   </u>                              By:  <u>/s/ Karen Folan</u>
    Date                                           Deputy Clerk

**Notice mailed to:**

(Notice of Hearing.wpd - 3/7/2005)