UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Number 05-10435-REK

UNIVERSAL COMMUNICATIONS SYSTEMS,
INC. AND MICHAEL J. ZWEBNER,

    Plaintiffs,

v.

LYCOS, INC. D/B/A THE LYCOS NETWORK
AND TERRA LYCO, INC.

    Defendants.

## NOTICE OF APPEARANCE

Kindly enter my appearance on behalf of the Plaintiffs Universal Communications Systems, Inc. and Michael J. Zwebner in the above-captioned matter.

_____
Matthew P. Zayotti, BBO# 638265
Keegan Werlin, LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: July 19, 2005

---

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by ~~hand-delivery~~ - US Mail on July 19, 2005.

_____