UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Number 05-10435-REK

UNIVERSAL COMMUNICATIONS SYSTEMS, INC. AND MICHAEL J. ZWEBNER,

    Plaintiffs,

v.

LYCOS, INC. D/B/A THE LYCOS NETWORK AND TERRA LYCO, INC.

    Defendants.

## MOTION FOR ADMISSION *PRO HAC VICE* OF JOHN H. FARO, ESQ.

Pursuant to Local Rule 85.5.3, the undersigned member of the Bar of this Court, hereby moves for the admission *pro hac vice* of John H. Faro, Esq. of the law firm Faro & Associates, 44 West Flagler Street, Suite 1100, Miami, Florida 33130, to appear in the above-captioned matter as counsel for the Plaintiffs Universal Communications Systems, Inc. and Michael J. Zwebner. In further support of this motion, the undersigned counsel states as follows:

1.     I am a member of good standing of the Bars of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit and the United States District Court for the Eastern District of Wisconsin.

2.     I have filed my appearance on behalf of the Plaintiffs Universal Communications Systems, Inc. and Michael J. Zwebner.

3.     Filed herewith are certificate of John H. Faro, Esquire attesting that (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice,

including but not limited to the Bar of the Commonwealth of Massachusetts; (2) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; and (3) he is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

4. Attorney Faro recently applied for admission to the Bar of the United States District Court for the District of Massachusetts, but he has yet to be admitted.

WHEREFORE, the undersigned counsel respectfully requests that this Honorable Court grant leave to John H. Faro, Esquire to appear in this action *pro hac vice* as counsel for the Plaintiffs Universal Communications Systems, Inc. and Michael J. Zwebner.

_____
Richard B. Kirby, BBO #273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin, LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

Dated: July 19, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by ~~hand-delivery~~ - US Mail on July 19, 2005.

_____