UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action Number 05-10435-REK

UNIVERSAL COMMUNICATIONS SYSTEMS,
INC. AND MICHAEL J. ZWEBNER,

    Plaintiffs,

v.

LYCOS, INC. D/B/A THE LYCOS NETWORK
AND TERRA LYCO, INC.

    Defendants.

CERTIFICATE OF JOHN H. FARO, ESQUIRE
PURSUANT TO LOCAL RULE 83.5.3(B)

I, John H. Faro, Esquire, hereby certify as follows:

1.    I am a partner in the law firm Faro & Associates, 44 West Flagler Street, Suite 1100, Miami, Florida 33130.

2.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice, including the bars of the Commonwealth of Massachusetts; the State of Florida, the United States District Court for the Southern District of Florida and the United States Court of Appeals for the Eleventh Circuit.

3.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.    I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

> John H. Faro, BBO # 159260
> Faro & Associates
> 44 West Flagler Street, Suite 1100
> Miami, Florida 33130
> (305) 424-1112

Dated: July 14, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by ~~hand-delivery~~ - US Mail on July 19, 2005.