UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL COMMUNICATIONS SYSTEMS, INC., a Nevada Corporation, and MICHAEL J. ZWEBNER, individually and on behalf of all others similarly situated,<br>　　Plaintiffs<br><br>　　v.<br><br>LYCOS, INC. and TERRA LYCO, INC., d/b/a THE LYCOS NETWORK,<br>　　Defendants | CIVIL ACTION<br>NO. 05-10435-REK<br>CONSOLIDATED WITH<br>NO. 05-11172-REK |
| UNIVERSAL COMMUNICATIONS SYSTEMS, INC., a Nevada Corporation, and MICHAEL J. ZWEBNER,<br>　　Plaintiffs<br><br>　　v.<br><br>LYCOS, INC, a Spanish Company with its USA Offices in Miami Dade County, Florida, d/b/a LYCOS NETWORK and TERRA NETWORKS, S.A.,<br>　　Defendants | CONSOLIDATED PROCEEDINGS<br><br>CIVIL ACTION<br>NO. 05-11172-REK<br>LEAD CASE |

**Procedural Order**
July 26, 2005

　　　　It appears from the face of the complaints in Civil Action Numbers 05-10435 and 05-11172 that the cases are closely related.  Therefore, I order that the two cases be consolidated and, because the plaintiffs' counsel indicated during the hearing held on July 26, 2005, that the plaintiffs planned to proceed primarily based upon the complaint in Civil Action Number 05-

11172, I will take the unusual step of designating the junior case, 05-11172, as the lead case. It is the practice of this court that all filings in consolidated cases be made in the lead case.

All pending motions in both cases are denied without prejudice. This court will not countenance the scorched-earth tactics in which the parties and their counsel have previously engaged. The docket makes abundantly clear that the parties and their attorneys have failed to engage in good faith consultation for the purpose of narrowing issues. I instruct the Clerk to remove all motions in this case from the list of pending motions and note that they are denied without prejudice.

The docket indicates that discovery in this case has been stayed pending resolution of the pending motions to dismiss. Although I have denied the motions, I will not lift the stay on discovery at this time.

A status conference is set for **Wednesday, September 28, 2005, at 2:00 p.m.**

                                                                /s/Robert E. Keeton
                                                                 Robert E. Keeton
                                          Senior United States District Judge