UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNIVERSAL COMMUNICATIONS SYSTEMS, INC. AND MICHAEL J. ZWEBNER,<br>    Plaintiffs,<br><br>v.<br><br>LYCOS, INC. D/B/A THE LYCOS NETWORK AND TERRA LYCO, INC.<br>    Defendants. | Civil Action No. 05-10435-REK |
| UNIVERSAL COMMUNICATIONS SYSTEMS, INC. AND MICHAEL J. ZWEBNER,<br>    Plaintiffs,<br><br>v.<br><br>LYCOS, INC. D/B/A THE LYCOS NETWORK, TERRA NETWORKS, S.A.,<br>JOHN DOE #1 a/k/a "the_worm06",<br>JOHN DOE #2 a/ka/ "no_insiders",<br>JOHN DOE #3 a/k/a "the_worm_06A",<br>JOHN DOE #4 a/k/a "65175R",<br>JOHN DOE #5 a/k/a "Henry_Johnson123",<br>JOHN DOE #6 a/k/a "quondol",<br>JOHN DOE #7 a/k/a "Tobias95", and<br>JOHN DOE #8 a/k/a "CrawleySmith",<br>    Defendants. | Civil Action Number 05-11172-REK |

## PLAINTIFFS' ASSENTED TO MOTION FOR
## LEAVE TO EXCEED PAGE LIMIT

The Plaintiffs, Universal Communications Systems, Inc. and Michael J. Zwebner, hereby move for leave to file an Opposition to Defendant Lycos, Inc.'s Motion to Dismiss the Complaints in excess of 20 pages. In support of this motion, the Plaintiffs state as follows:

1. The Plaintiffs anticipate that they will need more than 20 pages to respond to the arguments set forth in Defendant Lycos, Inc.'s 21-page Memorandum of Law in Support of its Motion to Dismiss, wherein the Defendant makes several arguments in favor of dismissal of all counts of the consolidated Complaints, since the disposition of Defendant's motion will turn primarily upon the resolution of esoteric questions of law regarding the interpretation and construction of the Communications Decency Act, 47 U.S.C. §§ 223 and 230, which must be fully analyzed and can only be answered in the light of the legislative history and public policies underlying the Act; and

2. Defendant Lycos, Inc. has assented to Plaintiffs' request for leave to exceed the page limit set forth in Local Rule 7.1(B)(4) up to a maximum of 25 pages.

WHEREFORE, the Plaintiffs respectfully request that this Honorable Court grant the Plaintiffs leave to exceed the page limit set forth in Local Rule 7.1(B)(4) up to a maximum of 25 pages.

_____
Richard B. Kirby, BBO #273600
Matthew P. Zayotti, BBO# 638265
Keegan Werlin LLP
265 Franklin Street
Boston, Massachusetts 02110-3113
(617) 951-1400

John H. Faro, BBO #159260
Faro & Associates
44 West Flagler Street, Suite 1100
Miami, Florida 33130
(305) 424-1112

Dated: August 16, 2005

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Matthew P. Zayotti, hereby certify that on August 12, 200,5 I conferred with Nicholas Walsh, Esq. of Dwyer & Collora, LLP, counsel for the Defendant Lycos, Inc. in a good faith attempt to resolve or narrow the issues related to this motion.

*/s/ Matthew P. Zayotti*

---

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by ~~hand-delivery~~ - US Mail on _August 16, 2005_.

*/s/ Matthew P. Zayotti*

---